UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MAGENO,

                Plaintiff(s),

    -against-

BILLY BEEZ,

                Defendant(s).
-------------------------------------------------------X

**NOTICE OF COURT CONFERENCE**

18 civ 5202 (JGK)

To All Parties,

    You are directed to appear for a pretrial conference, to be held on **Wednesday, September 12, 2018,** in Courtroom 14A, at 4:30pm, before the Honorable John G. Koeltl.

**All requests for adjournments must be made in writing to the Court.**

For any further information, please contact the Court at (212) 805-0107.

                                              **Don Fletcher**
                                            **Courtroom Case Manager**

Dated: New York, New York
7/9/2018

USDS SDNY
DOCUMENT
ELECTRONICALLY
DOC #: _____
DATE FILED: 7/9/2018